UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RED ROCK BAR AND GRILL, LLC,<br>a California Limited<br>Liability Company, ALAMEDA<br>DEL CEDRO SHOPPING CENTER, a<br>California Limited Liability<br>Company, and DOES ONE through<br>FIFTY, inclusive,<br><br>　　　　Defendants. | No.  2:14-cv-01764-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND**<br>**DISPOSITION** |

　　　　The parties filed a "Stipulation and Request to Continue Pretrial Scheduling Conference" on December 4, 2014[1], in which they state:

> The parties hereto, through their respective undersigned attorneys, stipulate and request that the Pretrial Scheduling Conference presently scheduled for December 15, 2014 be continued for at least thirty (30) days. The grounds for the stipulation and request for continuance are as follows:
>
> **The case has settled** and the parties are in the process of finalizing settlement documents and the payment of settlement funds. It is anticipated that the settlement will be concluded within thirty days at which

---

[1] This stipulation was untimely filed. The October 16, 2014 Minute Order ordered "[a] joint status report [to be] filed fourteen days prior to the [December 15, 2014 status conference]." (ECF No. 12.)

1

>     time a Stipulation of Dismissal With
>     Prejudice and a proposed Order pursuant to
>     FRCP 41(a)(1)(A)(ii) will be filed with this
>     Court.

(ECF No. 14 (emphasis added).)

Therefore, a dispositional document shall be filed no later than January 16, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing on December 15, 2014, is continued to commence at 9:00 a.m. on February 9, 2015, in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: December 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2